COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| SECURITY SERVICE FEDERAL CREDIT UNION, | § | No. 08-19-00154-CV |
| | § | Appeal from the |
| Appellant, | § | 168th District Court |
| v. | § | of El Paso County, Texas |
| MICHELLE RODRIGUEZ, | § | (TC# 2018DCV3979) |
| Appellee. | | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and it's sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 24TH DAY OF APRIL, 2020.

YVONNE T. RODRIGUEZ, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.